# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

ANTONIO M. FARRIS                                               PLAINTIFF

V.                          4:17CV00796 SWW/JTR

MONTE MUNYAN, Nurse,
Faulkner County Detention Center, et al.                 DEFENDANTS

## ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge J. Thomas Ray.  No objections have been filed. After careful review, the Recommendation is approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1.      Farris may PROCEED with his inadequate medical care claim against Stewart, Munyan, Page, and Andrews, in their individual capacities only.

2.      All other claims are DISMISSED, WITHOUT PREJUDICE.

3.      The Clerk is directed to prepare a summons for Stewart, Munyan, Page, and Andrews at the Faulkner County Detention Center. The U.S. Marshal is directed to serve the summons, substituted complaint, second substituted complaint, and this Order on them without prepayment of fees and costs or security therefor. If any of

the defendants are no longer Faulkner County employees, the individual responding to service must file a **sealed** statement providing the unserved defendant's last known private mailing address.

4.      It is CERTIFIED, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 3rd day of April, 2018.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE